FILED

JAN 2 2 2024

CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

6:24-CV-21
JDK/JDL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

Author J. Manning Jr.

   Plaintiff


VS.

Microsoft Inc.

   Defendant,

## FEDERAL PETITION

The Defendant Microsoft Inc. markets and sells the Plaintiff's Intellectual Property Valued Items For Profit, Computers, Personal Computers, Mobile Gaming Hardware and Software, Android Phones, iPhones, iPods, Smart Phones and accessories, Smart Tvs.

The Defendants committed Plagiarism with the Plaintiff's work by not given credit to the Plaintiff Author J Manning II Jr Ownership of the company, the Defendant did not give credit to the Plaintiff for his new developments The X-Box video game console marketed (2003) the issues have been a problem since the (1990s)


The Plaintiff is the original maker of Major Corporations and their Intellectual Property Valued Items,  their material, and inventions of the ; Computer, Mobile Phone, Android Smart Phones, iPhones, Video  Games, and is the original founder and owner of Nintendo, Sony PlayStation, Sony PlayStation Interactive, X-Box, Microsoft, The Internet, Artary, Sega Genesis, Mobile Video Games, Apps, Personal Computers, and others, Marketed and Sold by the Defendant's (1980) though some have committed plagiarism and do not give the Plaintiff Author J Manning II Jr credit

for his work, the same case in point for the **Microsoft Inc.**

The Plaintiff Author J Manning II Jr Alleges that the Defendant Corporation Microsoft Inc. was originally intellectual property designed and founded by him.

The Plaintiff made the original intellectual property valued designs of the Defendant's personal computer the Personal Computer video game concept

The Plaintiff Alleges that the Defendant Microsoft Inc. Learned the new business plans and concepts while working in an employee position, taking the project competitively and never returning the revenue.

**Factual Background**

The Plaintiff has taken other businesses he owns to court for similar behavior with the Plaintiff's business to return his ownership one order was signed in the (1980s) The other in the (1990s)

The Defendants or their affiliates resembling Bill Gates the Alleged Copyright violated owner of Microsoft Inc. and his affiliate referred to as Kathy White were two of the three Defendants in a ownership case of the business Mortal Kombat. The third Defendant resembled a affiliate of the Defendant's business behavior, members of Funimation, who the Plaintiff is also the original maker of the business's logo and trademark and entertainment productions Trade Secret Title, Material, Dragon Ball Z.

The Order was signed by a California Justice of the Peace of the 4 Precinct in the (1990s)

**Other Allegations made by the Plaintiff**

All Defendants businesses were suspected developed using the Plaintiff's Resources from Corporations Owned by the Plaintiff Prior to the (1980)s and From the Plaintiff's Treasuries of sales, earning growing interest, management was trusted by employees while the Plaintiff was distracted managing other businesses, development, and Sports Contract.

The Defendant has entered the Android and Smart Phone business without contract agreement from the Plaintiff or the Plaintiff's other businesses.

The Defendant has marketed and sold the Plaintiff's intellectual property and intellectual property valued items, titles, designs, material and series, the

**Allegations Against the Defendant Bill Gates**

The Defendant Markets and sells the Plaintiff's Intellectual Property Valued Products and items, Materials, Trade Secrets Micro-SFT, Micro- Technology, Computers, Android Smart Phones and Device. The Plaintiff is the original Maker and Founder of the Defendant Microsoft Corporations illegally  Copyright Violated as being owned by

the Defendant Bill Gates. The Defendant markets and Sell the Plaintiff's Intellectual Property Valued Products and Items, Trade Secrets ,Product Titles, and Materials the Video Game Console, The X-Box Video Game Consoles and others

**Allegations Against the Defendant Affiliate Kathy White**

The Defendant's Bill Gates Affiliate Kathy White has took the Plaintiff's money while managing his Assets, Has not paid the Plaintiff Author J Manning II his Assets since the early (1990)s. The money was from other corporations owned by the Plaintiff paid by business check form. The Defendant is suspected of mortgage loan fraud, antitrust, in illegal trade with others interested in candidacy for President, and others who are interested in Franchise status similar to Jerry Jones',

The Defendant is suspected to have loaned the Plaintiff's money to these illegal traders and not paying the Plaintiff his Revenue.

The Defendant makes transactions with other parties, some are Defendants marketing and selling the Plaintiff's new business designs, Vehicle Name Brand Model Designs, Computers, Android Smart Devices, Costume and Character Designs, New Entertainment Production Designs, Graphic Designs, and others. She has been identified on three of the Plaintiff's properties since the (1980)s two domestic themes and one business and is witness to the Plaintiff's ownership of his residence now in dispute  and has not represented for the Plaintiff.


The Value of the items and materials

Are valued at more than $999,999,000,000,000,000


**RELIEF**

The Plaintiff is Seeking Relief in the amount of $9,900,000,000,000 each item of the case the return of ownership of the Corporation, Equity, Assets,


                    Signed Author Manning I I

FILED 01/16/2024                    4

Legalknights55@gmail.com

Citations Are Requested issued to the

The Defendant Microsoft Inc. Bill Gates, of

Microsoft Building 92, 36th St, Redmond, 98052, WA

By Certified Mail

FILED 01/16/2024                            5

Sony, Sony PlayStation Interactive

2207 Bridgepointe Pkwy, San Mateo, 94404, CA

Nintendo

4600 150th Ave NE, Redmond, 98052, WA

Mobile Legends, Unity

30 3rd Street, San Francisco, 94103, CA

Apple Inc. of Apple Inc

1 Apple Park Way,, Cupertino, 95014, CA

By Certified Mail