IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| AUTHOR J. MANNING, JR., | § § § |
| Plaintiff, | § § |
| v. | § § Case No. 6:24-cv-21-JDK-JDL |
| MICROSOFT, INC., et al., | § § § |
| Defendants. | § § § |

**FINAL JUDGMENT**

The Court, having considered Plaintiff's case and rendered its decision by opinion issued this same date, hereby enters **FINAL JUDGMENT**.

It is **ORDERED** that Plaintiff's claims are **DISMISSED** with prejudice. All pending motions are **DENIED** as moot.

The Clerk of Court is instructed to close this case.

**Signed this**

**Mar 14, 2024**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE