# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
October 15, 2025
Lyle W. Cayce
Clerk

No. 25-40313

───────────

Author James Manning, Jr.,

          *Plaintiff—Appellant*,

*versus*

Microsoft, Incorporated; Bill Gates; Nintendo; Mobile Legends, Unity; Apple, Incorporated; Sony Playstation Interactive; Kathy White,

          *Defendants—Appellees*.

───────────

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:24-CV-21

───────────

UNPUBLISHED ORDER

Before Haynes, Higginson, and Oldham, *Circuit Judges*.

Per Curiam:

    This court must examine the basis of its jurisdiction, on its own motion if necessary. *Hill v. City of Seven Points*, 230 F.3d 167, 169 (5th Cir. 2000). Pursuant to 28 U.S.C. § 2107(a) and Federal Rule of Appellate Procedure 4(a)(1)(A), the notice of appeal in a civil case must be filed within thirty days of entry of judgment.

No. 25-40313

In this civil rights action, the district court entered final judgment dismissing the complaint on March 14, 2024. Therefore, the final day for filing a timely notice of appeal was Monday, April 15, 2024, because the thirtieth day was a Sunday. *See* Fed. R. App. P. 26(a)(1)(C). Plaintiff's *pro se* notice of appeal was filed on May 12, 2025 (and dated May 3, 2025). When set by statute, the time limitation for filing a notice of appeal in a civil case is jurisdictional. *Hamer v. Neighborhood Hous. Servs. of Chi.*, 583 U.S. 17, 19 (2017); *Bowles v. Russell*, 551 U.S. 205, 214 (2007). The lack of a timely notice mandates dismissal of the appeal. *United States v. Garcia-Machado*, 845 F.2d 492, 493 (5th Cir. 1988).

Accordingly, the appeal is DISMISSED for want of jurisdiction.

**A True Copy**
**Certified order issued Nov 05, 2025**

*Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**